

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS
AMENDED COMPLAINT

CASE NO.   3:14CV 666  RNC

PLAINTIFF(S) **[Write the name(s) of the person(s) complaining]**

Konstantinos Zografidis

vs.

DEFENDANT(S) **[Write the name(s) of every person you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]**

DEA of Bridgeport RO

Vanessa Richards

Paul Thomas

Demetrios Karipidis (CW-3)

David Solano (CI)

Rev. 6/19/13

**Please complete every section and SIGN THE LAST PAGE.**

**A.    JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.  Check **one**.

I can bring my complaint in federal court because I am suing:

1. _____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2. _____✓_____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.    PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff
   a.   Full Name: KONSTANTINOS ZOGRAFIDIS
   b.   Inmate Number: DOC#235884— FBOP#21017-014
   c.   Correctional facility: NHCCC

2. Second Plaintiff
   a.   Full Name:
   b.   Inmate Number:
   c.   Correctional facility:

**C.   DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING
ABOUT)

Do not include any defendants who the Court has already dismissed
from your case.

1.   <u>First Defendant</u>

    a.   Full Name: DEA of BRIDGEPORT RO

    b.   Rank or Title:

    c.   Workplace:

2.   <u>Second Defendant</u>

    a.   Full Name: VANESSA RICHARDS

    b.   Rank or Title: ASSISTANT U.S. DISTRICT ATTORNEY

    c.   Workplace:

3.   <u>Third Defendant</u>

    a.   Full Name: PAUL THOMAS

    b.   Rank or Title: FEDERAL DEFENDER ATTORNEY

    c.   Workplace: 265 CHURCH ST. NEW HAVEN, CT. 06510

4.   <u>Fourth Defendant</u>

    a.   Full Name: DEMETRIOS KARIPIDIS

    b.   Rank or Title: CO-DEFENDER

    c.   Workplace:

5.   <u>Fifth Defendant</u>

    a.   Full Name: DAVID SOLANO

    b.   Rank or Title: CO-DEFENDER

    c.   Workplace:

6.   <u>Sixth Defendant</u>

    a.   Full Name:

    b.   Rank or Title:

    c.   Workplace:

Rev. 6/19/13                    3

**D.    PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items a-d for each case.**

1.    <u>First Lawsuit</u>

   a.    Court and Date filed: U.S. DISTRICT COURT OF BRIDGEPORT, CT.

   b.    Caption and Docket No.:

   c.    Briefly, what was this lawsuit about? ALL DEFENDANTS KNOWINGLY AND RECKLESLY PARTICIPATED & CONSPIRED IN THEIR OWN WAY BY PRESENTING & ALLOWING FALSIFIED INFORMATION & REPORTS TO BE SUBMITTED IN THE FEDERAL COURT & CONDUCTED AN ILLEGAL INVESTIGATION & ALSO COERCED ILLEGAL ENTRAPMENT & CONFESSIONS TOWARDS MY BEHALF, VIOLATING MY CONSTITUTIONAL RIGHTS (4th, 5th (6th) IN WHICH RESULTED TO MY ARREST AND INCARCERATION THE PAST 25 MONTHS.

   d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

           PENDING

2.    <u>Second Lawsuit</u>

   a.    Court and Date filed:

   b.    Caption and Docket No.:

   c.    Briefly, what was this lawsuit about?



   d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?


3.    <u>Third Lawsuit</u>

   a.    Court and Date filed:

   b.    Caption and Docket No.:

   c.    Briefly, what was this lawsuit about?



   d.    Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?


Rev. 6/19/13                    4

### E.    REASON FOR COMPLAINT

**WARNING:** Common mistakes can get your case **dismissed as frivolous or for failure to state a good legal claim**. If this happens, you will still have to pay the filing fee, even if you are proceeding *in forma pauperis*. To avoid losing your filing fee, please read these instructions carefully and consult Inmate Legal Assistance at 1-800-301-ILAP (4527) before you file.

1.    **PROVIDE A SHORT AND PLAIN STATEMENT OF YOUR CLAIM.**  Only include the facts of your claim: State what happened, who was involved, how they were involved, when the events took place, how you were hurt and what is the extent of your injuries.

2.    **DO NOT INCLUDE UNRELATED CLAIMS IN THE COMPLAINT.**  You should only include allegations regarding one set of circumstances that involve the defendants.  Federal court rules require that unrelated claims must be filed in separate actions.  For example, if you have a claim for use of excessive force against one defendant and a due process claim against another defendant, the claims should not be included in the same complaint.

3.    **DO NOT MAKE LEGAL ARGUMENTS OR CITE CASE LAW.**

4.    **YOU ARE NOT REQUIRED TO ATTACH EXHIBITS.** If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why they are relevant.

5.    **USE THE PRISON GRIEVANCE PROCEDURE BEFORE FILING YOUR LAWSUIT.**

6.    **DO NOT INCLUDE INCIDENTS THAT HAPPENED A LONG TIME AGO:** If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

7.    **DO NOT INCLUDE AS DEFENDANTS PEOPLE WHO WERE NOT PERSONALLY INVOLVED.**  You can generally only sue defendants who were directly involved in harming you.  In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

8.    **DO NOT INCLUDE CLAIMS RELATING TO YOUR CRIMINAL CONVICTION OR TO PRISON DISCIPLINARY PROCEEDING THAT RESULTED IN LOSS OF GOOD TIME CREDITS.** If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

Statement of Case PLEASE TAKE NOTICE OF PREVIOUS "CIVIL COMPLAIN" FORMS DATED ON, MAY-02-14 AGAINST—VANESSA RICHARDS & PAUL THOMAS, MAY-08-14 AGAINST—DEMETRIOS KARIADIS & DAVID SOLANO AND ON APRIL-22-14 AGAINST— DEA OF BRIDGEPORT R.O (CT.

1. STATE POLICE TASK FORCE).

THE DEA CONDUCTED AN ILLEGAL INVESTIGATION BY COARCING CONFESSIONS AND USING ENTRAPMENT METHODS, ILLEGALY USING GPS TO TRACK ME DOWN, SUBMITTING FALSIFIED REPORTS IN THE FEDERAL COURT OF LAW THAT RESULTED TO THE GRAND OF WIRE-TAPING WARRANT, SEARCH WARRANTS WHICH RESULTED TO MY ARREST AND INCARCERATION.

2. MS, VANESSA RICHARDS KNOWINGLY & RECKLESLY ADMITTED AND ALLOWED FALSE INFORMATION AND FALSIFIED POLICE REPORTS TO BE PRESENTED IN THIS COURT OF LAW, AND ALSO AUTHORIZED AN ILLEGAL HOME INVASION INTO MY PARENTS HOME AND ALSO TAMPERED WITH MY FEDERAL APPOINTED ATTORNEY— PAUL THOMAS — TO COARCE ME INTO

3. CONFESSIONS AGAINST MY CO-D's AND MYSELF IN GUILT ONLY TO CREATE MORE ARRESTS AND TO WORSEN MY CREDIBILITY AND TO BENEFIT HER DILUSIONAL CONSPIRACY THEORY.

ATTORNEY, PAUL THOMAS MIS-LED ME AND WRONGLY DIRECTED ME INTO PLEA TO GUILT

4. WITHOUT GIVING ME ANY OTHER DEFENSE OPTIONS INTO WHICH WORSEN MY CASE AND MY CREDIBILITY AND ALSO ACCOUNTED FOR MORE ARRESTS IN MY INDICTMENT DUE TO THOSE ILLEGALY OBTAINED CONFESSIONS.

MR. DEMETRIOS KARIADIS COLLABORATED WITH THE DEA AND THE U.S. DISTRICT ATTORNEYS

5. OFFICE IN COARCING CONFESSION WHICH ARE FALSE AND USED ENTRAPMENT METHODS AGAINST ME ONLY TO BE RELIEVED FROM HIS VIOLATIONS HE RAN IN WITH THE LAW AND THE THREED OF DEPORTATION DUE TO HIS IMMIGRATION STATUS.

MR. DAVID SOLANO COLLABORATED WITH THE U.S. DISTRICT ATTORNEY'S OFFICE

6. AND GAVE FALSE CONFESSIONS AND INFORMATION THAT HOLD NO TRUTH AT ALL AGAINST MY BEHALF, ONLY TO REDUCE HIS SENTENCE TO THE MINNIMUM AND BE RELIEVED FROM HIS SERIOUS DRUG CONSPIRACYS.

7.

8.

Rev. 6/19/13                    6

If you need more space, attach additional pages, but be as brief as possible.

**F.      REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

I'm Asking For Punitive Damages That I Endure Each Day In These Horrible Conditions For Being Falsely Accused, And I Also Like To The Criminal Charges Against All Defendants.

**G.      DECLARATION UNDER PENALTY OF PERJURY**

**WARNING: You must sign this or your complaint will not be filed.**

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.  I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.  See 18 U.S.C. Sections 1621, 3571.

Signature:

Signed at _____NJHCCC_____ on _June, 12-14_
                    (Location)                        (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.  **The complaint cannot be filed without a signature from each plaintiff.**

Rev. 6/19/13                    7

## H.   FINAL INSTRUCTIONS

**WARNING: Your amended complaint will not be filed** unless you complete each of these steps:

1.      Sign the Declaration under Penalty of Perjury on p. 7.

2.      Provide one copy of the amended complaint for the Clerk's Office.  If the correctional facility in which you are incarcerated participates in the Prisoner Electronic Filing Program,  you should efile the amended complaint.

3.      If the correctional facility in which you are incarcerated does not participate in the Prisoner Electronic Filing Program, send the amended complaint to the seat of court where you have been instructed to file all papers.  The addresses for the three seats of court are:

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 915 LAFAYETTE BOULEVARD, BRIDGEPORT, CT 06604.

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 450 MAIN ST, HARTFORD, CT 06103

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 141 CHURCH ST, NEW HAVEN, CT 06510

Remember, the Clerk cannot file your amended complaint unless you take all of the steps above.

**COMPLAINT AGAINST ATTORNEY
(GRIEVANCE COMPLAINT)**

JD-GC-6  Rev. 7-10
P.B. § 2-32(a)

STATE OF CONNECTICUT
**JUDICIAL BRANCH**
www.jud.ct.gov



**Read the *Instructions* for this complaint before
filling it out. Complaints that are not filled out
correctly will be returned to you.**

After filling out this complaint, mail the original and 6 copies of it to:

Statewide Bar Counsel
Statewide Grievance Committee
287 Main Street, 2nd Floor, Suite 2
East Hartford, CT 06118-1885

1. **Complainant's (person making complaint against attorney) Information. *A separate complaint form must be filled out for each Complainant.***

Name (First, Middle, Last)
☒ Mr. ☐ Mrs. ☐ Ms. ☐ (Other)  KONSTANTINOS  ZOGRAFIOIS

Address
245 WHALLEY AVE.  NEW HAVEN, CT. 06511

Telephone number  203-974-411X  Email address (optional) 2131

2. **Information about the attorney you are making a complaint against. Do not name a law firm. *A separate complaint form must be filled out for each attorney you are complaining about.***

Name (First, Middle, Last)  JOSEPH  DYMIAN OR (DIMYAN)

Address  8 SCHOOL ST. BETHEL, CT. 06801

FFICE # Telephone number 203-798-9873  Attorney's juris number (if known)  Email address (if known)  CELL# 203-770-2778

3. **Explain how you are connected to the attorney.**

☒ I hired/retained the attorney. Dates of representation: 1/2010 to 9/2011

☐ The court appointed the attorney to represent me. Date attorney was appointed by the court:

☐ The court appointed the attorney to represent my children. Date attorney was appointed by the court:

☐ The attorney represented the other side against me in a matter.

☐ The attorney was the prosecutor in my criminal case.

☐ Other. Explain:

4. **Have you ever filed a complaint against this attorney with the Statewide Grievance Committee?**

☐ Yes. Give the name and grievance number of each complaint that you have filed:

☒ No

5. **Please give the information asked for below if your complaint is about the attorney's conduct in a lawsuit or a criminal case.**

Name of lawsuit or criminal case  ENIGMA CAFE & LOUNGE - 40 VAN ZANT ST. NORWALK, CT. 06855

Courthouse location  Your connection to the lawsuit or criminal case (for example: plaintiff, defendant, witness)

---

*Do Not Write in This Area — For Statewide Bar Counsel Use Only*

File Date:

Complaint number: _____

Referred to: _____

6. **Please explain the type of legal ⸱⸱ ⸱rk done by the attorney in the matter th⸱ ⸱ed to this complaint. Check all that apply.**

☐ Criminal law   ☐ Family law/Divorce   ☐ Personal injury/Wrongful death/Malpractice

☒ Personal real estate matter   ☒ Business or corporate matter   ☐ Estate planning/Elder law/Probate

☐ Workers' compensation   ☒ General civil claims   ☐ Immigration matter

☐ Arbitration or mediation   ☒ Collection matter

☐ Other. *(Explain)* _____

7. **Please explain what kind of complaint this is. Check all that apply. You must still explain your complaint in detail in question 10.**

☒ Neglect, diligence or competence issues   ☒ Misused funds or other property

☐ Charged too high a fee   ☒ Did not safeguard money or property

☒ Did not return records   ☐ Confidentiality issues

☒ Fraud or misrepresentation issues   ☒ Conflict of interest

☒ Communication issues   ☒ Did not obey a court order

☐ Improper withdrawal   ☐ Did not pay a judgment

☐ Harassment   ☐ Other. *(Explain)* _____

8. **Have you paid the attorney any legal fees for the matter complained about or has any other person paid the attorney any legal fees for the matter for you?**

☒ Yes. Amount the attorney charged you: $7,000⁰⁰ PAID OVER ALL

Amount paid to the attorney by you or by another person for you: _____

☐ The matter involved a contingency fee that has not been paid.

☐ No.

**Attach a copy of the fee agreement to this complaint.**

9. **Give a list of all witnesses that have information about your complaint. Attach additional sheets if necessary.**

ATTORNEY: MARC J. GRENIER / DEPANFILLIS & VALLERIE LLC.
Name (First, Middle, Last)
25 BELDEN AVE. NORWALK, CT. 06855
Address
Telephone number
203-846-9585

ATTORNEY: KARESS CANNON / SHULMAN & ASSOCIATES
Name (First, Middle, Last)
78 OAK ST. HARTFORD, CT. 06126-0237
Address
Telephone number
860-246-1118

ATTORNEY: NORMAN PATTIS
Name (First, Middle, Last)
649 AMITY RD. BETHANY, CT. 06524
Address
Telephone number
203-393-3017

DINO MELITZANOPOULOS, NORWALK, CT.
203-853-9960

GEORGE ZOGRAFIDIS, 39 SEAVIEW AVE. NORWLK, CT.
203-952-4023

PENNY ZOGRAFIDIS   VAN ZANT ST. NORWALK, CT.
208-829-9499

10. Give the details of your compla.. .in the order that they happened. Attac. .dditional sheets if necessary.

) JULY, 01 2010. PROPOSAL AGGREEMENT WITH CHRISTOS PAPACHRISTOU — MISSING DOCUMENT

) SEPT, 2010. SIGNED LEASE AGGREEMENT TO BE TRANFERED OVER TO CHRISTOS
PAPACHRISTOU. PARAGRAPH MISSING REGARDING THE MONEY SITUATION.

) OCT, 15 ASKING ME TO VOLUNTARILY HAND OVER LIQUOR LICENSE.

) HAVING ME SIGN A VIOLATION PAPER (DEC, 2010) — OF MY PROBATION BY COURT
ORDED FROM NORWALK, CT. COURT HOUSE ON FEB, 2010 — FEB, 2011.

) HAVING ME PAY JOSEPH GEGA'S ATTORNEY'S FEE OF $1,500⁰⁰

) DEC. 2010. MAKING A DEAL WITH JOSEPH GEGA TO RETURN BACK MY ORIGINAL
LEASE (VERBAL)

) JAN 1, 2011 PAYED DYMIAN 1ˢᵗ MONTHLY RENT PLUS 6 MONTH PROPERTY
TAX MONEY'S OF $2,560⁰⁰. NEVER RETURNED THAT MONEY BACK TO ME.

) PAYED DYMIAN $6,400⁰⁰ ON APRIL 2011, FOR RETURNING MY
LEASE BACK AGAIN.

) NEVER ANSWERED ANY OF MY QUESTION UNTIL I HIRED MARC J GRENIER
AS MY NEW LAWYER.

" FEEL I WAS MIS-LEAD, MIS-INFORMED ¢ WRONGLY ADVISED. HE NEVER
"EPT ANY OF HIS WOLD AGGREEMENTS WITH ME. AND FALSELY MISSED FILED
OR LOST CRUCIAL LEGAL DOCUMENTS. FALSELY MADE DEALS WITH JOSEPH GEGA
TO RETURN MY LEASE BACK TO ME. I WOULD HAVE NOT LOST ANY OF MY
'EASE RIGHTS IF HE WOULD HAVE NOT DEFAULTED OR IGNORED COMPLAINTS #
L ¢ 2 WRITTEN ABOVE.

) HE TRIED TO MAKE ME SIGN A NEW LLC CALLED JJC BACK IN
FALL OF 2010 WITHOUT MY NAME BEING INITIALY ON THE LEASE.

) HE ALSO WAS SUPPOSED TO REPRESENT IN A LAWSUIT MATTER REGARDING PLAINTIFFS
SUEING MY BAR-LOUNGE IN BRIDGEPORT COURT HOUSE. I WAS PAYING HIM MONEYS
"O REPRESENT ME BUT HE NEVER FOLLOWED THROUGH TILL THE LAST DAY WHEN THE
DECISION WAS ALREADY AGAINST ME. HE NEVER ADMITTED MY DEFENSE PAPERS.

11. Sign and date this complaint below. Please use *blue ink*.

| **Executed under penalties of false statement,** | Signature of Complainant  | Date signed FEB-20—13 |
|---|---|---|

**Be sure to read paragraph 11 of the Instructions before copying and filing your complaint.**

245 WHALLEY AVE.
NEW HAVEN, CT. 06511

SIR / MADAM — AS I RECALL I HAVE WRITTEN TO YOUR OFFICE
OVER TWO AND HALF WEEK AGO, REGARDING "ENIGMA
CAFE & LOUNGE" UNDER "VAN ZANT CAFE &LOUNGE LLC"
IN NORWALK, CT. I WOULD LIKE TO MAKE MY PRESENTATION
VERY CLEAR. I NOW KNOW FOR THE FACT THAT I
WAS MIS-LED, MIS-INFORMED & WRONGLY ADVISED
BY MY EX-LAWYER MR. JOSEPH DYMIAN ALSO
GEGA LIED & PURPOSLEY MANIPULATED THE CIRCUMSTANCES
AND WEAK SITUATION I WAS IN AND (FALSELY) **
ACCUSED ME OF VIOLATING OUR LEASE AGGREEMENT
WITH HIS OWN WICKED INTENTIONS TO TAKE OVER
MY BUSINESS ESTABLISHMENT. I WOULD LIKE TO
TAKE LEGAL ACTION AGAINST MR. JOSEPH DYMIAN,
JOSEPH GEGA. ALSO MR. CHRISTOS PAPACHRISTON FOR
VIOLATING THE SUB-LEASE AGGREEMENT THAT
WE HAD. I WOULD LIKE TO ALSO MENTION THAT
I WOULD LIKE YOUR OFFICE TO PROVIDE ME WITH A
LEGAL ATTORNEY OR FIRM, AND TO SUE ALL THREE
PARTIES MENTIONED ABOVE. I DO UNDERSTAND
AND WITH ALL RESPECT THE PRESENTATION OF ANY
LEGAL SERVICE WILL BE RE-EMBURSED WITH MONEYS
ONCE WE GET A SETTLEMENT FROM THE THREE
DEFENDANTS.

I WOULD LIKE TO MENTION THAT AS OF
JAN-15-13 MR. GEGA HAS LOST THE PROPERTY
ON "36 VAN ZANT ST. NORWALK, CT. 06855"
AND AS OF NOW THERE IS ANOTHER LANDLORD
ON THAT BUILDING. I ALSO FOUND OUT THAT
.BACK



Michael P. Bowler
Statewide Bar Counsel

Frances Mickelson-Dera
Christopher L. Slack
First Assistant Bar Counsel

Tel: (860) 568-5157
Fax: (860) 568-4953

CERTIFIED
RETURN RECEIPT

**STATEWIDE GRIEVANCE COMMITTEE**

*www.jud.ct.gov/sgc/*
Second Floor - Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

KONSTANTINOS ZOGRAFIDIS                                    03/05/2013
#235884 NEW HAVEN CC
245 WHALLEY AVENUE
NEW HAVEN        CT 06511

RE:   GRIEVANCE COMPLAINT #13-0152
      ZOGRAFIDIS vs. DIMYAN
      NOTICE OF ASSIGNMENT

Dear Konstantinos Zografidis:

      The grievance complaint which you filed against Attorney
Joseph Dimyan has been received and referred to the Danbury
Grievance Panel.

      The Panel can be contacted, in care of its counsel, as
follows:
      Attorney Gail S. Kotowski
      P.O. Box 37
      Guilford, CT 06437-0037
      Telephone: (203) 453-6030

      Please be sure to notify both the undersigned and the
grievance counsel noted above of any change of address or of
your telephone number during the pendency of proceedings on
your complaint. You are not required to retain an attorney to
represent you in connection with the grievance complaint. If
you do, however, retain an attorney, please direct the attorney
to file an appearance with the grievance panel and with the
Statewide Grievance Committee.

      If on the Complaint Against Attorney form you listed any
persons having knowledge of the subject of the complaint, please
request those individuals to submit in writing to the panel counsel
indicated above any relevant information they have regarding your
complaint.

      If at any time you have any questions about the grievance
procedures, please contact the undersigned or the grievance
counsel listed above.

                                    Sincerely,

                                    Michael P. Bowler

cc:  Attorney Joseph Dimyan

                                    BACK

STATE OF CONNECTICUT



Michael P. Bowler
Statewide Bar Counsel

Frances Mickelson-Dera
Christopher L. Slack
First Assistant Bar Counsel

Tel: (860) 568-5157
Fax: (860) 568-4953

**STATEWIDE GRIEVANCE COMMITTEE**

*www.jud.ct.gov/sgc/*
Second Floor - Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

**RECEIVED**

MAR 8 – 2013

GRIEVANCE
PANEL COUNSEL

Gail S. Kotowski                                          03/05/2013
P.O. Box 37
Guilford, CT 06437-0037

RE:  GRIEVANCE COMPLAINT #13-0152
     ZOGRAFIDIS vs. DIMYAN

Dear Attorney Kotowski:

       Pursuant to Connecticut Practice Book Section 2-32, the
above referenced grievance complaint has been assigned to the
Danbury Grievance Panel.

       Enclosed please find a copy of the complaint form and any
attachments.  Also enclosed is a copy of the letter sent to the
Respondent permitting the Respondent to reply to the complaint
within thirty days.

       If for good cause the Grievance Panel declines to investi-
gate the complaint, please return the complaint to the undersigned
forthwith for immediate assignment to another panel.

       Please note that the investigation and action on this matter
must be completed within one hundred and ten days from the date
of this letter. If you cannot complete action on this matter within
the one hundred and ten day period, you may request an extension of
up to thirty days. Such requests will be granted by the Statewide
Grievance Committee for good cause shown.

       For your information, the Respondent has not complied with
the attorney registration requirement. The Respondent's juris
number is 100347.

                              Sincerely,

                              Michael P. Bowler

Encl.
cc:  Danbury Grievance Panel

① NHCCC
245 WHALLEY AVE.
NEW HAVEN, CT. 06511

HI GAIL!

RECEIVED 3/13/13

MAR 15 2013

GRIEVANCE
PANEL COUNSEL

FIRST TIME OVER 2½ YEAR I TRULY AM THRILLED & ALSO ANXIOUS TO SEE THAT FINALLY SOMEONE OUT THERE ACTUALLY SEES AND ALSO IS CONCERN ON MY BEHALF.

I ALMOST GAVE UP IN HOPE BUT DEEP INSIDE OF ME I KNEW THAT I WAS WRONGED BY MR. DIMYAN AND SOMETHING WAS TELLING ME TO GIVE UP HOPE. UNFORTUNALLY I AM STUCK IN THIS DILEMMA OF MY LIFE BUT I KNOW ITS ONLY TEMPORARICLY AND PROBABLY WAS THE BEST THING FOR ME TO HAPPEN BECAUSE THIS IS WHERE I FOUND OUR COMMITTEE. I TRIED SO HARD OUTHERE BUT NOONE WANTED TO HELP ME.

GAIL I WANT YOU TO KNOW FOR THE SUREST OF THINGS OF MY BEST OF MY INTELLIGENCE THAT I WAS MANIPULATED BY MR. DIMYAN WITH THE COLABORATION OF MY LANDORD'S DECEIT AND DEVIOUS PLAN TO TAKE AWAY WHAT I'VE WORKED AND SAVED ALL MY LIFE TO CREATE ENIGMA CAFE & LOUNGE.

THE PERSON THAT CAN HELP US THE MOST IS MR. MARC GRENIER ATTORNEY THAT I HIRED THEREAFTER TO HELP ME OUT AFTER I GAVE UP ON DIMYAN SO I CAN REGAIN BACK MY LEASE AGGREEMENT HE HAS ALOT OF INFORMATION THAT MIGHT BE USEFULL IN THIS CASE MATTER. THERE IS ALSO ANOTHER PERSON THAT HAS KNOWLEDGE OF DIMYANS WRONG DOINGS AND HE WAS ALSO CONDUCTICTING ⟶

LEGAL BUSINES" WITH DIMYAN AT THE SAME TIME I WAS
WHO IS ALSO A CLOSE FRIEND OF MINE. HE'S NAME IS
NOT ON THE REFERENCE LIST BECAUSE I JUST HAVE
THOUGHT ABOUT HIM. I HAVE WRITTEN HIM A LETTER
TO CALL YOU AND TO GIVE YOU ANY INSIDE INFORMATION
THAT YOU MIGHT THINK WILL BE HELPFULL. HE'S
NAME IS: EFSTATI PAPADAKOS FROM NORWALK,
CT. a.K.a. "STEVE" I DO NOT HAVE HIS PHONE AS
OF NOW.
     I WOULD LIKE YOU TO GATHER ALL INFORMATION
THAT YOU NEED FROM SOURCES OUT THERE AND PLEASE
WHEN YOU HAVE ANY QUESTIONS OR DOUBTS ABOUT
ANYTHING AT ALL, I AM HERE AT YOUR DESPOSAL.
     THANK YOU & YOUR COMMITTEE FOR TAKING
THE TIME & EFFORD ON MY BEHALF. I WAS
SO HAPPY WHEN MR. JAMES BENDO CAME TO SEE
ME. NOW AT LEAST I KNOW THAT THERE IS SOMEONE
OUTHERE THAT REALLY CARES.



               THANK



P.S. IF YOU NEED TO CALL ME HERE AT THIS FACILITY
     ASK FOR COUNSELOR MS. DECOITO. THE PHONE
     NUMBER HERE IS. (203) 274-4111 EXT. 2131
ALL => MON-FRI      9:30 AM - 10:30 MM AND    12:30 P.M - 2:30 P.M.

RECEIVED

APR 2 4 2013

GRIEVANCE
PANEL COUNSEL

245 WHALLEY AVE.
NEW HAVEN, CT. 06511

MS. KOTOWSKI

I WANT THE PANEL TO RECOGNIZE THE FACT THAT
MY CRIMINAL INDICTMENTS ARE ONLY PENDING. I HAVE FILED
NON-GUILTY TO ALL CHANGES. I WILL HAVE ALL CHARGES
DROPPED BY THIS SUMMER WHEN THE TRIALS WILL BEGIN.
THIS CONSPIRACY IS A HOAX. IN MATTER IN FACT I
AM STARTING TO FILE COMPLAINTS AGAINST THE LAW
ENFORCEMENT AGENTS. THEY HAVE VIOLATED MY CIVIL
RIGHTS IN NUMEROUS OF TIMES.

        EVEN THOUGH IM GOING THROUGH THESE DIFFICULT
TIMES, WHAT I DONT UNDERSTAND IS: WHAT ARE
DIMYAN & GEGA TRYING TO PROVE BY BRINGING THESE
INDICTMENTS TO THE COMMITTEE. FIRST OF ALL THESE
INDICTMENTS HAVE NOTHING TO DO WITH ME BEING
DEPRIVED OF MY LEASE RIGHTS TO ENIGMA CAFE. THESE
CHARGES HAPPENED MORE THAN A YEAR OR SO
AFTER THEY SOLD ME OUT. ALL I SEE IN THIS IS
THAT THEY ARE TRYING TO COVER THEIR WRONG
DOINGS BY MAKING ME LOOK BAD. EVEN AS GEGA
INTERVENE IN MY ALLEGATIONS TOWARDS DIMYANS
SHOWS TO ME THAT HIS STATEMENT MAKES HIM AN
ACCESSARY AND CO-CONSPIRATOR TO OVERTAKE MY
BAR AWAY FROM ME WHICH I WILL PROVE.

        ALL THEY SAID ARE LIES. THERE IS SOME
TRUTH IN SOME STATEMENTS BUT THEY ALTERED
THE ENTIRE TRUTH.

        FIRST OF ALL DIMYAN SAYS THAT HE WAS A
CONSULTANT AND POTENTIAL JOINT VENTURE PARTNER.

STATE OF CONNECTICUT
**STATEWIDE GRIEVANCE COMMITTEE**
SUPERIOR COURT

**GRIEVANCE PANEL**
**SUMMARY OF PROBABLE CAUSE DETERMINATION**
JD-GC-3  Rev. 5-93

| COMPLAINT NO. |
| 13-0152 |
| GRIEVANCE PANEL FOR (Judicial Dist. or G.A.) |
| DANBURY |

TO: Statewide Bar Counsel, 287 Main St., 2nd Floor, East Hartford, CT 06118-1885

**INSTRUCTIONS TO PREPARER**

This form is to be completed for every grievance and is to be forwarded to the Statewide Bar Counsel at the above address together with the following:

**IF NECESSARY ATTACH ADDITIONAL PAGES**

1. The letter setting forth the Probable Cause Determination.
2. Copy of the complaint and response.
3. Copy of any investigatory file.
4. Copies of any documents, transcripts, or other written materials which were available to the panel.

**ATTORNEY**

ATTORNEY'S NAME (Last, First, M.I.)
DIMYAN, JOSEPH

HOME ADDRESS

ALL OFFICE ADDRESSES
193 Main Street, Danbury, CT   06810

**RECEIVED**

**MAY 3 2013**

**STATEWIDE GRIEVANCE COMMITTEE**

| DATE OF BIRTH | PLACE OF BIRTH | | SEX | DATE OF ADMISSION TO CONNECTICUT BAR |

DATE OF ADMISSION TO AND NAME OF ANY OTHER BAR OR COURT TO WHICH ATTORNEY IS ADMITTED

COMPLAINANT'S NAME (Last, First, M.I.)
ZOGRAFIDIS, KONSTANTINOS #235884   COMPLAINANT'S ADDRESS   New Haven CC, 245 Whalley Avenue, New Haven   06511

**SUMMARY OF COMPLAINT, ANSWER AND EVIDENCE**

The Respondent was a business consultant to the Complainant and a potential joint venture partner. The Complainant is incarcerated on other criminal matters. The Complainant believes that the Respondent owes him money.

**ACTION TAKEN BY PANEL AND REASONS**

NPC, Notice of Dismissal Letter

| WAS PROBABLE CAUSE FOUND? | YES / X NO | WAS PROBABLE CAUSE FOUND THAT ATTORNEY WAS GUILTY OF MISCONDUCT? | YES / X NO | WAS PROCEEDING PUBLIC AT ATTORNEY'S REQUEST? | YES / X NO |
| WAS TESTIMONY TAKEN? | YES / X NO | IF YES, PLEASE PROVIDE: NAME OF REPORTER/MONITOR | | DATE TRANSCRIPT ORDERED | |

**SIGNATURE**

GRIEVANCE COUNSEL/PANEL MEMBER
Gail S. Kotowski

DATE
4/23/13



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**DANBURY JUDICIAL DISTRICT**
**GRIEVANCE PANEL**

Gail S. Kotowski, *Grievance Counsel*

*P.O. Box 37*
*Guilford, CT 06437-0037*
*(203) 453-6030*

May 3, 2013

Konstantinos Zografidis
#235884, New Haven CC
245 Whalley Avenue
New Haven, CT  06511

Re: <u>**Zografidis vs. Dimyan**</u> Grievance Complaint No. 13-0152
    Danbury Grievance Panel

Dear Mr. Zografidis:

Please be advised that this complaint is closed and the file has been forwarded to the Statewide Grievance Committee in East Hartford.  Since the complaint is closed there will not be a hearing.  The Respondent was not acting in the capacity of an attorney, and is not an attorney at the present time; therefore the grievance process does not apply.

Very truly yours,

Gail S. Kotowski
GSK: cg



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

## STATEWIDE GRIEVANCE COMMITTEE

Christopher L. Slack, *First Assistant Bar Counsel*

*287 Main Street*
*Second Floor – Suite Two*
*East Hartford, CT 06118-1885*
*(860) 568-5157 Fax (860) 568-4953*
*Judicial Branch Website: www.jud.ct.gov*

May 9, 2013

Konstantinos Zografidis
#235884 New Haven CC
245 Whalley Avenue
New Haven, CT 06511

RE:    Grievance Complaint #13-0152, <u>Zografidis v. Dimyan</u>

Dear Complainant:

We are in receipt of your letter dated April 30, 2013 regarding the above matter.  Your grievance complaint was dismissed by the Danbury Judicial District Grievance Panel on May 3, 2013. Please be advised that the grievance panel's decision is final, pursuant to Practice Book §2-32(i).  The rules governing the grievance process do not provide for any review or appeal of your dismissed grievance complaint.

The rules do provide that the grievance panel's counsel is to assist you in understanding the panel's reason for dismissing your complaint, pursuant to Practice Book §2-31(5).  Accordingly, you may want to contact Attorney Gail S. Kotowski, P.O. Box 37, Guilford, CT 06437-0037, telephone number 203-453-6030, with any questions.  We will forward a copy of your letter to Attorney Kotowski.

Sincerely,

Christopher L. Slack

CLS/jf
cc:    Attorney Gail S. Kotowski (w/enc.)

*※ NEVER GOT THIS LETTER ON THAT DATE BECAUSE THE U.S. MARSHALS MOVED ME FROM NHCCC. I GOT THIS LETTER FROM MARC GREMENS OFFICE ON AUG - 01 - 13*

LAW OFFICES OF
## DePanfilis & Vallerie, LLC

Anthony J. DePanfilis*
John E. Vallerie, Jr. (1930-1997)
David W. Stergas
Marc J. Grenier
*Also admitted in NY

Frank P. Bevilacqua
Joseph DaSilva, Jr.
Thomas L. McKirdy, Jr.

July 24, 2013

Belle Rahman
c/o Statewide Grievance Committee
287 Main Street, Second Floor
Suite 2
East Hartford, CT 06118

RECEIVED

JUL 7 (...)

STATEWIDE
GRIEVANCE COMMITTEE

**Re:    Grievance Complaint #13-0152**
**       Zografidis V. Dimyan**

Dear Belle:

As per our conversation today, enclosed please find a check in the amount of $10.75 to cover charges for copying the grievance file against Mr. Dimyan.

Thank you for your help in this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Dawn Ruehle, legal assistant

Enclosure

25 Belden Avenue, P.O. Box 699, Norwalk, Connecticut 06852-0699, (203) 846-9585, Fax: (203) 847-2849
E-mail: info@dandvlaw.com
www.dandvlaw.com
F:\Litigation\Grenier, Marc\Civil\Zografides, Gus\Rahman ltr 7 24 13.doc

LAW OFFICES OF
**DePanfilis & Vallerie,** LLC

Anthony J. DePanfilis*
John E. Vallerie, Jr. (1930-1997)
David W. Stergas
Marc J. Grenier
*Also admitted in NY

Frank P. Bevilacqua
Joseph DaSilva, Jr.
Thomas L. McKirdy, Jr.

August 1, 2013

**Attorney Client Privilege Mail**

Konstantinos Zografidis
Federal #21017-014
D.W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Re:    **Zografides/Gega Grievance**

Dear Gus:

I finally was able to receive a copy of the entire grievance file. I wanted to forward it to you so you would have a complete copy of the same information I have for when we discuss this matter further.

Yours truly,

Marc J. Grenier

MJG:dlr

Enclosure

25 Belden Avenue, P.O. Box 699, Norwalk, Connecticut 06852-0699, (203) 846-9585, Fax: (203) 847-2849
E-mail: info@dandvlaw.com
www.dandvlaw.com
F:\Litigation\Grenier, Marc\Civil\Zografides, Gus\client ltr 8 1 13.doc

Ultimately, the Grievance Panel made it clear that they believe that the relationship between you and Dimyan was a business relationship, and not an attorney/client relationship. The question of whether you did or did not provide the $6,400.00 to Joe Dimyan, and whether you received it back (you did), would not change this decision, nor does it give rise to an ethical violation or constitute the practice of law without a license.

While I sympathize with your position, the fact of the matter is, there is nothing more that I, or this office, can do to prosecute a grievance against Joe Dimyan or to get your bar back. Both of those issues are conclusively closed and cannot be reopened or reexamined.

I have not seen, or been advised of, any evidence indicating that you have a valid cause of action for fraud against anyone. At best such a cause of action would be speculative. More likely such an action, due to the lack of actual evidence, would be one without probable cause. Neither I, nor my office, is in a position to undertake litigation based upon a factual foundation so weak that not being sued for bringing a frivolous law suit would be considered victory.

At the end of the day, even without your current criminal issues, which, especially as they relate to the bar, would weigh heavily against you, these were bad business decisions and economics for which there is no remedy.

It is with regret that this office cannot continue to represent you on this matter.

Yours truly,

Marc J. Grenier

MJG:dlr

Enclosure

Law Offices of DePanfilis & Vallerie, LLC
25 Belden Avenue, P.O. Box 699, Norwalk, Connecticut 06852-0699, (203) 846-9585, Fax: (203) 847-2849
E-mail: info@dandvlaw.com
www.dandvlaw.com

LAW OFFICES OF
**DePANFILIS & VALLERIE, LLC**

Anthony J. DePanfilis*
John E. Vallerie, Jr. (1930-1997)
David W. Stergas
Marc J. Grenier
*Also admitted in NY

Frank P. Bevilacqua
Joseph DaSilva, Jr.
Thomas L. McKirdy, Jr.

August 28, 2013

**Attorney Client Privilege Mail**

Konstantinos Zografidis
Federal #21017-014
D.W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

Re:    **Zografides/Gega Grievance**

Dear Gus:

Thanks for taking time to listen regarding this matter. While I understand you feel you were screwed by all parties concerned in this matter, there is nothing that can be done at this point in time. In relation to the bar, regardless of what the reasons were, the rent was not paid and you wound up being a defendant in a summary process case. You elected to represent yourself and entered into an agreement in the housing court. That you did so without benefit of counsel was your choice.

Further, in reviewing the grievance complaint you filed against Joe Dimyan and his answer thereto, the problems I see are as follows:

1.    You make a claim that he owes you $6,400.00. Regardless of what the grievance panel found, you know that this claim is false since Joe Dimyan delivered two checks for $3,200.00 to me for you on August 30, 2011. I enclose copies of these checks with your signature indicating that you received them for your review. Thus, even if you had the opportunity to submit additional evidence to the grievance panel, the fact that this claim was demonstrably false when you made it would harm your overall credibility.

2.    Secondly, though Joe Dimyan's denial that he received funds from you appears to be questionable on its surface, he does state that he received two third party checks from your sister. As he can certainly claim the funds returned were the funds received from your sister, it is highly unlikely that the return of the funds would change the Panel's view of this issue.

25 Belden Avenue, P.O. Box 699, Norwalk, Connecticut 06852-0699, (203) 846-9585, Fax: (203) 847-2849
E-mail: info@dandvlaw.com
www.dandvlaw.com
F:\Litigation\Grenier, Marc\Civil\Zografides, Gus\client ltr 8 28 13.doc

AUG-30-2011

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.



## WebsterBank®    OFFICIAL CHECK    0000662081

OFFICIAL CHECK

145 Bank St.        00242   100821        05/27/2011                    51-7010
Waterbury, CT  06702                                                    2111

*******$3,200.00

**3,200 DOLLARS AND 00 CENTS**

PAY TO THE ORDER OF

KONSTANTINOS ZOGRAFIDIS

AUTHORIZED SIGNATURE                                                    MP

PAY RENT 40 VAN ZANT ST. NORWALK

REMITTER                                                                MP

AUTHORIZED SIGNATURE (TWO SIGNATURES REQUIRED OVER $25,000)

⑈"000066 2081"⑈ ⑆211170101⑆10 0010200104"⑈

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

## WebsterBank®    OFFICIAL CHECK    0000662082

OFFICIAL CHECK

145 Bank St.        00242   100821        05/27/2011                    51-7010
Waterbury, CT  06702                                                    2111

*******$3,200.00

**3,200 DOLLARS AND 00 CENTS**

PAY TO THE ORDER OF

KONSTANTINOS ZOGRAFIDIS

AUTHORIZED SIGNATURE                                                    MP

PAY RENT 40 VAN ZANT ST NORWALK

REMITTER                                                                MP

AUTHORIZED SIGNATURE (TWO SIGNATURES REQUIRED OVER $25,000)

⑈"000066 2082"⑈ ⑆211170101⑆10 0010200104"⑈



**STATE OF CONNECTICUT
JUDICIAL BRANCH**

**STATEWIDE GRIEVANCE COMMITTEE**

Christopher L. Slack, *First Assistant Bar Counsel*

*287 Main Street*
*Second Floor – Suite Two*
*East Hartford, CT 06118-1885*
*(860) 568-5157 Fax (860) 568-4953*
*Judicial Branch Website: www.jud.ct.gov*

June 10, 2014

Konstantinos Zografidis
#235884 New Haven CC
245 Whalley Avenue
New Haven, CT 06511

Dear Mr. Zografidis:

This letter is in response to your May 27, 2014 letter that we received in our office on May 29, 2014.

Please be advised that the rules governing the attorney grievance process do not provide for a "procedural hearing" to be conducted and no such "hearing" was approved or conducted. Rather, your "Motion to Appeal" was considered by the Statewide Grievance Committee at its April meeting and was denied.

The determination as to whether a crime has been alleged is made solely by the grievance panel. In your matter, the grievance panel did not forward the matter for review due to allegations of a crime, but rather dismissed the complaint outright.

The Statewide Grievance Committee Members that participated in the April meeting are as follows:

> Attorney Noble F. Allen
> Reverend Simon Castillo
> Ms. Judith Freedman
> Ms. Joan Gill
> Attorney J. Kevin Golger
> Attorney Christopher T. Goulden
> Attorney William J. O'Sullivan
> Attorney Thomas Sansone
> Mr. Patrick Sheridan
> Attorney Kara J. Summa
> Attorney Donna E. Woviotis

Enclosed please find grievance complaint forms for your use. You are free to file a grievance complaint providing new evidence or raising new claims. However, please know that we are unable to advise you as whether a new grievance complaint would be adjudged to be duplicative of a previously dismissed complaint.

As for your request for "Legal Document Release forms," we do not have access to such forms.

You should have previously received copies of any documents relevant to Grievance Complaint #13-0152 during the course of that proceeding. If you wish to obtain another copy, please know that we charge $0.25 a page for copies.

Sincerely,

Christopher L. Slack

CLS/jf
encl.

STATE OF CONNECTICUT

Michael P. Bowler
Statewide Bar Counsel

Frances Mickelson-Dera
Christopher L. Slack
First Assistant Bar Counsel

Tel: (860) 568-5157
Fax: (860) 568-4953



CERTIFIED
RETURN RECEIPT

**STATEWIDE GRIEVANCE COMMITTEE**

*www.jud.ct.gov/sgc/*
Second Floor - Suite Two
287 Main Street, East Hartford, Connecticut 06118-1885

KONTANTINOS ZOGRAFIDIS                                    08/08/2013
#21017-014 DW WYATT DF
950 HIGH STREET
CENTRAL FALLS   RI 02863

RE:  GRIEVANCE COMPLAINT #13-0576
     ZOGRAFIDIS vs. THOMAS
     NOTICE OF ASSIGNMENT

Dear Kontantinos Zografidis:

     The  grievance complaint which you filed against Attorney Paul
F.  Thomas  has been received and referred to the New Haven J.D.for
Bethany,New Haven&Woodbridge Griev.Panel.

     The  Panel  can  be  contacted,  in  care  of  its counsel, as
follows:
     Attorney Michael A. Georgetti
     67 RUSS STREET
     HARTFORD, CT  06106
     Telephone: (860) 549-4451

     Please  be  sure  to  notify  both  the  undersigned  and  the
grievance  counsel  noted  above  of  any  change  of address or of
your  telephone  number  during  the  pendency  of  proceedings  on
your  complaint.  You  are  not  required  to  retain an attorney to
represent  you  in  connection  with  the  grievance  complaint.  If
you  do,  however,  retain  an  attorney,  please  direct the attorney
to  file  an  appearance  with  the  grievance  panel  and with the
Statewide Grievance Committee.

     If  on  the  Complaint  Against  Attorney  form you listed any
persons  having  knowledge  of  the  subject  of  the complaint, please
request those individuals to submit in writing to the panel counsel
indicated  above  any  relevant  information they have regarding your
complaint.

     If  at  any  time  you  have any questions about the grievance
procedures,  please  contact  the  undersigned  or  the  grievance
counsel listed above.

                                        Sincerely,

                                        *Mul. Myles*

                                        Michael P. Bowler

cc:  Attorney Paul F. Thomas



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**NEW HAVEN J.D. GRIEVANCE PANEL**
**FOR THE TOWNS OF BETHANY,**
**NEW HAVEN & WOODBRIDGE**

Michael A. Georgetti, *Grievance Counsel*

*67 Russ Street*
*Hartford, CT 06106*
*(860) 549-4451*

August 12, 2013

Konstantinos Zografidis
#21017-014 DW Wyatt DF
950 High Street
Central Falls, Rhode Island 02863

**Re:    Grievance Complaint # 13-0576, Zografidis vs. Thomas**

Dear Mr. Zografidis:

      The above captioned grievance has been assigned to the New Haven, J.D. for Bethany, New Haven and Woodbridge Grievance Panel. I am the counsel to the panel. My responsibilities include preparing the grievance for presentation to the panel at one of its regular meetings. Also, I am available to assist you in your understanding of the grievance procedure and the panel's decision. If you wish to telephone me, I am generally available by telephone between 4:00 and 5:00 pm on each Monday. If you leave a call back message, I will return your call as long as your telephone accepts blocked number calls. I often return long distance calls on my cell phone and do not publish the number.

      Although I do not have a vote on the Grievance Panel, I am present at all proceedings. Although it is usually not necessary for you to be represented by an attorney, you have the right to retain you own attorney to represent you throughout these proceedings. Please remember, I am the attorney for the panel not your attorney. While I am available to help you understand the process, I cannot provide you with legal advice. Additionally, the grievance procedure is not a mechanism by which you collect money damages. You may wish to consult an attorney to seek advice concerning your legal rights to bring a civil lawsuit.

Grievance Complaint #13-0576
Page 2


The respondent has thirty days to file an answer to your complaint. The panel may permit a reasonable extension if appropriate. Once the answer is received, a copy will be sent to you. Generally, the panel considers the grievance at the meeting following the filing of the answer. These panel meetings are not open to the public. Once the panel determines whether or not there is probable cause of misconduct, you will be notified and further advised. **Please remember, if you send me any correspondence or other material, you must send an original and six copies. If you do not do so, your submission will not be considered.** Finally, it is your responsibility to keep me advised of any change in your address.


Very truly yours,


Michael A. Georgetti
Grievance Counsel
MAG/rc



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**NEW HAVEN J.D. GRIEVANCE PANEL**
**FOR THE TOWNS OF BETHANY,**
**NEW HAVEN & WOODBRIDGE**

Michael A. Georgetti, *Grievance Counsel*

*67 Russ Street*
*Hartford, CT  06106*
*(860) 549-4451*

September 16, 2013

Konstantinos Zografidis
#21017-014 DW Wyatt DF
950 High Street
Central Falls, Rhode Island 02863

Paul F. Thomas, Esq.
Office of the Federal Defender
265 Church Street, Suite 702
New Haven, Connecticut 06510

**Re:    Grievance Complaint # 13-0576, Zografidis vs. Thomas**

### GRIEVANCE PANEL DISMISSAL

Dear Mr. Zografidis and Attorney Thomas:

Pursuant to Practice Book §2-32 and Rule 1 of the Grievance Panel Rules of Procedure, the Grievance Panel for Bethany, New Haven and Woodbridge (hereinafter, "Grievance Panel") has completed its investigation of the above referenced grievance complaint.  **At a meeting of the Grievance Panel held on September 16, 2013, the Grievance Panel determined that no probable cause of misconduct existed.** Accordingly, the grievance is dismissed. The Grievance Panel made its determination based upon the written record and without the need for a hearing. **Please note:  This is a final decision.  There is no right to appeal, review or reconsideration.**

The Grievance Panel determined that the respondent, Attorney Paul F. Thomas, was appointed as a Federal Public Defender on May 10, 2012 to represent the complainant, Konstantinos

Grievance Complaint #13-0576
Decision
Page 2

Zografidis, on federal drug charges.  Mr. Zografidis has alleged in his grievance complaint that he has not been represented competently and that there is a conflict of interest in his representation.  The evidence established that Mr. Zografidis has cooperated with the prosecution and there is a proffer agreement.  However, when Attorney Thomas met with his client to explain the proposed plea agreement, Mr. Zografidis became dissatisfied with his lawyer's conduct.  After several more meeting Mr. Zografidis informed his attorney that he wanted to have a trial rather than a voluntary plea.

The Grievance Panel has carefully reviewed all of the allegations and the documentation submitted.  The Grievance Panel finds that there is no evidence of any violation of the Rules of Professional Conduct and therefore dismisses the complaint.

The Grievance Panel did not find probable cause that the respondent violated Rule 1.1 Competence) of the Rules of Professional Conduct because it found that the evidence established that Attorney Thomas has represented his client competently and zealously.

The Grievance Panel did not find probable cause that the respondent violated Rule 1.7 (Conflict of Interest: Current Clients) of the Rules of Professional Conduct because it found that there is no evidence whatsoever of any conflict of interest.

Pursuant to Practice Book §2-32 (i) this letter and a copy of the Grievance Panel's record are being filed with the Statewide Grievance Panel.

Very truly yours,

Michael A. Georgetti
Grievance Counsel
MAG/rc



**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**

**NEW HAVEN J.D. GRIEVANCE PANEL**
**FOR THE TOWNS OF BETHANY,**
**NEW HAVEN & WOODBRIDGE**

Michael A. Georgetti, *Grievance Counsel*

*67 Russ Street*
*Hartford, CT 06106*
*(860) 549-4451*

September 9, 2013

Konstantinos Zografidis
#21017-014 DW Wyatt DF
950 High Street
Central Falls, Rhode Island 02863

**Re:    Grievance Complaint # 13-0576, Zografidis vs. Thomas**

Dear Mr. Zografidis:

Enclosed please find the written response of Attorney Thomas to your grievance complaint.
The panel will consider the complaint at a meeting in the near future. Shortly thereafter, a decision
will be issued.

Very truly yours,

Michael A. Georgetti
Grievance Counsel
MAG/rc

Enc.

**Response to Grievance Complaint #13-0576: Zografidis v. Thomas**

Introduction

Pursuant to Practice Book Section 2-32(a)(1), I submit the following response to the grievance complaint filed by Konstantinos Zografidis and received by me on August 19, 2013. It was received in my office on August 12, but I was out of the country at that time and personally received it upon my first day back on August 19. As set forth below in greater detail, I do not feel that I violated my professional obligations to Mr. Zografidis during my representation of him.

Background

I am an attorney in the Office of the Federal Defender in the District of Connecticut. I have worked out of the New Haven office since I was hired in 2007. In that capacity I represent indigent persons who are charged with federal offenses or who are targets of federal criminal investigations. I am appointed by the court to do so on an individual, case-by-case basis upon a showing that my client requires the services of an attorney and that he/she qualifies for appointed counsel.

I was appointed to represent Mr. Zografidis on May 10, 2012, when he first appeared at federal court pursuant to an arrest warrant. He had been charged by criminal complaint with conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. §§ 841(a) and 846. On that date he was ordered detained without bail. A bail hearing was conducted on May 15 and the order of detention was continued in effect. Throughout the time of my representation, Mr. Zografidis remained in custody pursuant to the order of detention.

On May 23, 2012, Mr. Zografidis and 14 other defendants were indicted on multiple drug charges. Mr. Zografidis was charged, in two counts, with conspiracy to possess with intent to distribute narcotics from approximately August of 2011 to approximately May of 2012 in violation of 21 U.S.C. § 846, and possession with intent to distribute cocaine, on or about May 9, 2012, in

violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  The conspiracy count alleged that the controlled

substances include 500 or more grams of cocaine, which if proven would trigger a mandatory

minimum sentence of five years' imprisonment, and Oxycodone and marijuana.  A superseding

indictment was filed on June 14, 2012; it did not change the substantive charges against

Mr. Zografidis.

        Even before the indictment was filed, Mr. Zografidis decided to cooperate with law

enforcement.  After the initial court appearance, the prosecutor indicated an interest in his

cooperation and I met Mr. Zografidis at the Bridgeport Correctional Center on May 14 and we

discussed that option.  We were in court the following day and we met briefly with the government

to discuss possible cooperation.  Mr. Zografidis stated that he wanted time to think about it.  On May

21 I was told by the prosecutor that Mr. Zografidis's brother had contacted the Norwalk police to say

Mr. Zografidis wanted to cooperate.  I scheduled a meeting with federal authorities on May 29 based

upon my understanding of Mr. Zografidis's intentions.

        Pursuant to what is known as a "proffer agreement," Mr. Zografidis provided information

regarding his own criminal activities and those of others at meetings with federal authorities on May

29, June 8, August 30 and October 2.  Those meetings were fruitful and the government drafted a

proposed plea agreement and a cooperation agreement whereby it would file a motion asking the

court to impose a sentence without regard to the mandatory minimum and below the federal

sentencing guidelines if Mr. Zografidis continued to cooperate and provided full and truthful

cooperation and assistance.  On November 12, 2012 I met with Mr. Zografidis to review the

proposed plea agreement.  It specified quantities of drugs the government believed constituted

relevant conduct for which Mr. Zografidis was responsible under the sentencing guidelines and

-2-

*[handwritten: 3ᴿᴰ]*

which would be a significant factor in setting the advisory guidelines range.  Mr. Zografidis

disagreed with the quantity as calculated by the government and we discussed how that could be best *[handwritten: PHONE COUNTS ONLY]*

addressed. We again met to discuss the proposed plea on January 3, 2013, and Mr. Zografidis later *[handwritten: 4 YEARS]*

that day called to say he wanted to review all the discovery in the case. I returned to meet with him

on January 14, we again discussed the proposed plea agreement, particularly the quantity of drugs *[handwritten: 18 MONTHS]*  *[handwritten: NEVER SEEN EVIDENCE (7 MONTHS)]*

the government attributed to him, and his desire to review all the evidence.  Unexpectedly, and

contrary to all our previous discussions, Mr. Zografidis announced that there was no evidence against *[handwritten: ONLY ASSUMPTIONS / SPECULATIONS]*

him other than the two and a half months of wiretap telephone recordings and that he would go to *[handwritten: I FIRED HIM]*

trial and needed a "trial attorney." On January 16, 2013, I filed a motion to withdraw as counsel and *[handwritten: CHALLENGE ALLEGATIONS]* *[handwritten: I OR HE SAID OVER PHONES]*

the motion was granted on January 24.  I cooperated with new counsel by forwarding essential

information about the case. *[handwritten: 3/1 -4/1]*

Before the initial proffer meeting with the government, I met with Mr. Zografidis to discuss

his options, including cooperation.  We discussed the charges against him and his basic choices, *[handwritten: NEVER IN BRIDGEPORT]*

including the possibility of cooperation.  Cooperation in federal criminal cases can be very beneficial *[handwritten: THEY WANT ME TO TALK]*

to a defendant as a means of mitigating the sentence if the defendant is convicted. The timing and

potential value of the assistance are factors in the government's determination of whether to enter

into such an agreement and they are also factors that later at sentencing can affect the weight given

to cooperation by a sentencing judge.  In this case, as in many others I have handled during my years *[handwritten: I AM NOT INTERESTED IN STORYS]*

as a public defender, the decision to cooperate was made before full discovery was provided.  What *[handwritten: HE LEFT ME W/ NO CHOICE]*

was known at that time, however, was sufficient for Mr. Zografidis to make an intelligent and

informed decision.  We had reviewed the affidavit in support of the criminal complaint and it

outlined the nature and extent of the evidence, including extensive wiretap evidence where *[handwritten: ONLY PHONE TAPS]*

*[handwritten: -3-  WE TALKED]*

Mr. Zografidis was an active participant. Mr. Zografidis had provided me with information about

his own involvement and knowledge about other participants. He understood his options, including

what would be required of him if he chose to cooperate, and, wanting more than anything to reduce

*Too Late By THIS TIME* *WANTED TO CHALLENGE*

his prison exposure, he elected to go the route of cooperation. *ARREST WARRANTS*

*N? CASE?*

Alleged Misconduct

Mr. Zografidis alleges a multitude of misconduct. He claims that I misled him, misinformed

him, misrepresented him, failed to communicate, neglected him and the case, lacked diligence and

competence, never showed him any evidence and had a conflict of interest through advising him to

cooperate with the government and by collaborating with the government to persuade and coerce him

to give away evidence and testimony. These are serious allegations, but they are untrue.

*Deal*

As a criminal defense attorney I must convey to clients information given to me by the

government, including any plea proposals and interest in possible cooperation. The decision to

*HE DIDNT ADVISE ME OTHERWISE*

cooperate is a personal and important decision of the client, to be made with advice from me. In this

case the government raised the issue and I notified Mr. Zografidis of the government's interest and

*PURSUADE ME TO TALK*

we discussed this option in light of my experience with cooperation generally and specifically in the

context of the pending charges, the potential penalties, and the information then known about the

nature of the government's case and evidence against Mr. Zografidis as well as his own knowledge

*NEVER GAVE ME ANY INFO ABOUT CASE*

of the probable evidence. Although we did not have discovery, we had a detailed affidavit that set

*HE ADMITTED IT IN BRIDGEPORT* | *HE HAD ACCESS TO IT*

forth extensive information regarding wiretap evidence that incriminated Mr. Zografidis and exposed

him, if introduced at trial and corroborated and supplemented by other evidence, to a potentially

lengthy prison sentence. I reviewed with him the option of cooperating and the process that would

*70-80 MONTHS ASSUMING*

follow if he chose that course. I did not mislead him about the nature and possible benefit of

-4-

cooperation, nor did I try to persuade him or coerce him to do so.  I explained the option so he could

*THEY WANT YOU TO TALK*

make an informed decision.  At the conclusion of our meeting he said he wanted to meet

preliminarily with the government, and we did so the next day following a court appearance

*NEEDED TO HEAR FROM BOTH ENDS*

regarding bail. At that initial meeting, after hearing from the prosecutor about the option and process

of cooperation, Mr. Zografidis said he needed time to think about it. Again, I did not try in any way

*WANTED PAUL TO COUNSEL ME DIFFERENT THAN COOPORATION*

to pressure or coerce Mr. Zografidis and did not in any way collaborate with the government.

I was notified by the government that Mr. Zografidis had told his brother that he wanted to

cooperate and that his brother had so informed the Norwalk police.  Accordingly, I arranged another

*WANTED TO SET A MEETING*

meeting with the government.  At that meeting the terms of the proffer agreement were explained

to Mr. Zografidis and he agreed to go forward with disclosure of information about the criminal

wrongdoing alleged in the indictment. Mr. Zografidis understood the terms of the proffer agreement

*VA-OTA THREATEN ME*

and no pressure was applied to persuade or coerce him to cooperate.  It was an informed decision

*THEY LEFT ME NO CHOICE*

that Mr. Zografidis made with the hope and expectation that this approach was the best means to

achieve his goal of a reduced sentence for his own criminal conduct. Mr. Zografidis and I met four

*m TOLD IT WOULD SAVE ME $10 CO-D'S*

more times with the government pursuant to the proffer agreement to provide additional information

and to answer follow-up questions.

In addition to these meetings, I met with Mr. Zografidis at jail to discuss the case.  On June

19 we met at the Bridgeport Correctional Center and discussed the cooperation process. On July 10

*WORKED TO FIRED*

we met and he expressed dissatisfaction with my representation and I filed a motion to withdraw.

That motion was scheduled for a hearing on July 30 and when we appeared at court Mr. Zografiidis

*PANJUR / KEEP TALKING*

declared that he wanted me to continue as his lawyer.  He told me privately that he no longer wanted

to cooperate because the government had used his information to make additional arrests and he

*10 CO-D'S*

wanted to "take back" what he had told the government. I explained that he was under no obligation

to continue cooperating if that was his choice, but what he had disclosed could not be retracted. I

*NOT TRUE — Can Turn Back*

also explained that it did not appear that arrests had been made on the basis of his disclosures. I met

*NOT TRUE*

with him the next day at the New Haven Correctional Center to further discuss the status of the case.

We reviewed discovery consisting of DEA reports of surveillance and telephone calls and amounts

*NOT TRUE*      *YES*

of drugs sold. Due to time constraints we did not discuss the issue of cooperation. We next met on

*NEVER SAID I SOLD*

August 29, at the New Haven Correctional Center, and he had questions about the evidence against

him, which I answered. He advised that he was prepared to continue with the proffers with the

*NEVER GAVE ME INFO*

government and the following day we met with the government for another proffer session. I met

with Mr. Zografidis on October 1 at the New Haven Correctional Center and we discussed various

matters, including the possible outcome of sentencing with a reduction for his cooperation.

*LIES*

   After the final proffer session on October 2, I met with Mr. Zografidis at the New Haven

Correctional Center on November 12 to discuss the next stage of the cooperation process: proposed

plea and cooperation agreements. Mr. Zografidis disagreed with some of the terms of the proposal

*NOT TRUE*

and disputed the drug quantities attributed to him. We discussed the nature and terms of the

agreement as well as the probable sentencing process and possible sentence reduction for his

*NEVER*

cooperation, and he expressed a desire to listen to the wiretap recordings. I met again with him at

*WHY DID HE TOOK SO LONG /NEVER Answer WARRANTS INFO*

the jail on January 3, 2013 to discuss the proposed plea and the basis for the government's attribution

*4 YEARS      3 DIFFERENT WAYS*

of drug quantities as well as his disagreements with them. Later that day he called and said he

wanted to review all the discovery in the case. I went to meet with Mr. Zografidis on January 14

*LIES*

and, after again discussing the sentencing process, he declared that the government had no evidence

against him other than the recorded conversation and that he wanted to go to trial and needed a trial

attorney to represent him. *18 months*

Conclusion

At all times my allegiance was to Mr. Zografidis.  He faced a difficult choice and early on, *[handwritten: HE GAVE ME no ALTIMATIVE]*

based upon his informed assessment of his best interest in light of the pending charges, the possible

penalties, the probable evidence against him, the nature of cooperation and the potential benefit to

him of doing so, he elected to cooperate with the government.  I provided him with conflict-free
*[handwritten: HE ADVISED ME]*

advice regarding this option, based upon the information known regarding his case and my

experience with cooperation in many other cases.  I put no pressure upon Mr. Zografidis to

cooperate, I met with him numerous times to discuss the case and to answer his questions as best I
*[handwritten: HE DIDN'T GIVE ME ANY OTHER WAY]*
*[handwritten: NEVER ANSWERED MY QUESTIONS]*

could, and I advised him fully of his options and the likely outcomes as best I could.  In the end, Mr.
*[handwritten: ONLY WANTED TO know ABOUT WIFE INFO]*

Zografidis decided to cease cooperating with law enforcement, as he was entitled to do. Evidently,

and for reasons not made known to me, he regretted having done so over the course of many
*[handwritten: MIS— LEADING / wasn't ADVISING ME]*

meetings and four months.  I do not believe, however, that my professional conduct during our

relationship was inadequate or improper.

*[signature]*

KONSTANTINOS ZOGRAFIDIS #335081
NHCCC
245 WHALLEY AVE.
NEW HAVEN, CT. 06511

DATE
JUNE - 12 - 14

CRIMINAL DOCKET #
3:12 CR117WWE

CLERKS OFFICE: ROBERTA D. TABORA          AFFIDAVIT
RE: 3:14 CV00666 RNC

PLEASE TAKE NOTICE OF NEW DOCUMENTS/EVIDENCE I HAVED
RECOVERED THAT I WANT THEM TO BE FILED AGAINST "CIVIL COMPLAIN"
SHOWN ABOVE IN REGARDS TO: JOSEPH DIMYAN — JOSEPH GEGA
AND ALSO AGAINST: DANBURY GRIEVANCE PANEL — STATEWIDE
GRIEVANCE COMMITTEE.

   AS YOU NOTICED ON MY NEW "AMENDED COMPLAIN" FORM, I
WOULD LIKE TO INCLUDE ALL FOUR (4) DEFENDANTS ON ONE SAME
CASE #: 3:14CV00666RNC. ALSO I ASKED TO ADD ANOTHER
DEFENDANT: VANESSA RICHARDS SINCE HER NAME SHOWED IN
MR. DIMYANS RESPONSE LETTER TO BE CONTACTED. THAT WILL
MAKE FIVE (5) DEFENDANTS IN THIS GRAND CONSPIRACY OF
THEIRS.
          THANK YOU AND GOD BLESS!!!


VERY TRULY YOURS

KONSTANTINOS ZOGRAFIDIS

RECEIVED JUN 19 2014 NHCCC

245 WHALLEY AVE.
NEW HAVEN, CT. 06511

JUNE, 12-2014

CRIMINAL DOCKET #
3:12 CR 117 WWE
AFFIDAVIT

U.S. CLERKS OFFICE: ROBERTA D. TABORA

Please take notice of this new "AMENDED COMPLAIN" form I'm submitting towards your office.

As You took notice from my previous "CIVIL COMPLAIN" forms being dated in different occasions for the past couple of months, and then You will take notice of the Two (2) "AMENDED COMPLAIN" forms I've posted to Your office dated on JUNE-10-14 and please take notice of this "NEW" AMENDED COMPLAIN" form in which involves FEDERAL EMPLOYEES and PARTICIPANDS, in which IN TOTAL makes THREE (3) DIFFERENT CASES/CLAIMS.

I tried to re-organize and file these amends in sequence and proportialy as I see them.

If Your office has any remarks as to adjust and correct any errors that I might have done without my recollection, please be free to write me back and guide me into any corrections that needs to be made.

I want to thank You again for Your patience and understanding.

THANK YOU AND GOD BLESS!!!

VERY TRULY YOURS

KONSTANTINOS ZOGRAFIDIS

KOUSTANTINOS ZOGRAFIDIS #235887
NHCCC
245 WHALLEY AVE
NEW HAVEN, CT. 06511

DATE
JUNE, 12-14

CRIMINAL DOCKET #
3:12 CR117 WWE

CLERKS OFFICE: ROBERTA D. TABORA                    AFFIDAVIT

PLEASE TAKE NOTICE OF NEW DOCUMENTS/EVIDENCE ATTACHED WHICH
I HAVE RECOVERED AND I WANT THEM TO BE FILED AGAINST
"CIVIL COMPLAIN" SUBMITTED TO YOUR OFFICE, DATED ON MAY/02-14
AGAINST FEDERAL DEFENDANT ATTY: "PAUL THOMAS"
      I IF YOU HAVE ANY QUESTIONS IN REGARDS TO ANY OF MY
"CIVIL COMPLAIN" FORMS THAT I'VE SUBMITTED TOWARDS YOUR
OFFICE OR IN REGARDS TO ANY OF MY THREE (3) "AMENDED
COMPLAIN" FORMS, PLEASE TAKE THE LIBERTY TO WRITE ME
AND INFORM ME IF EVERYTHING IS IN ORDER OR IF THERE
NEED TO BE ANY CORRECTIONS OR CHANGES.
      THANK YOU AND GOD BLESS !!!


VERY TRULY YOURS


KONSTANTINOS ZOGRAFIDIS